Dear Honorable Judge,

Greet you with
Life Light And Love

72,137-16
RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 30 2015
Abel Acosta, Clerk

My Name is Frederick Delwayne Malone #
1533349 And I Am Member of Brotherhood
of Light Under Church of Light, And Both Under
This Wonderful Religion Called The Religion of
The Stars And my membership No. 103824.

I Am Writing To You because I Think And
I Feel You Are Master of Your Kingdom
And Ruler of Your Kingdom. I Am Writing
Under Ninth House: If Rules going To Court
In Legal Matters. First House: Personal Life
And Concerns. The way you express yourself And
problems.

Honorable Judge I Think, I Feel And I be-
lieve I did Not File A Writ of Mandamus
Ordering And I Am Asking You To Grant
my Motion For Leave To Proceed ~~Produce~~ With
Original Application For Seek A Writ of
Mandamus Ordering. Honorable Judge Mark
W. Stiles Unit Went On lockdown on 6-2-
15, And I Could Not Get To The Law library
To File A proper Motion For Leave, A Inn-
mate gave me The Motion And I Think And
I Feel it might Help Me.

-1-

Honorable Judge I think And I feel I Am in Need of your Help To Look into Cases. Honorable Judge I think And I feel its A lot of mistake in my robbery Cases. I feel the arrest warrant affidavit failure to show probable cause, And I feel The Lower courts Like "one" arrest warrant Affidavit for All "3" Indictments With different Dates And Times. I think And I feel my 4, Amendment Have Been Voilated.

Honorable Judge I Have Never Robbed Anybody in my life. I Have A Granddaughter who I Have Never Seen And Son That Need His Father. I Think And I feel thats life To me them "2" children Have "Brought" life To me. I Ask Honorable Judge dont Allow me To Be False imprisonment For Something I Have Not done.

I Ask Allow me To Have A Hearing And I Will give you The Truth A facts. I Will Be Greatful For your Help. Honorable Judge. I Thought if I Show facts I Wouldn't Be denied my Freedom. I Thought only People That commit crime do Prison Not Innocent ones. I Thought No Brothers or Sister would be denied Help When He or She Are in The Right. I Thought Long He or She Not "Selfish" He or She Will Not be denied Help.

-2-

<u>Clearly States</u>: Number-Nine is the Deific Number, the highest digits, which possesses the unique property that it may be multiplied by any number, and the digits so obtained when added together always resolve into 9. On the inner-plane, where thought-vibrations and astral-vibrations of all kinds become effective, 9 is the perfect scale, even as 7 is the perfect scale of physical form. Such vibratory rates, consequently, are measured by decaves instead of by octaves.

As the multiples of 9 resolve, when their digits are added, into 9, it is the symbol of manifested deity whose different manifestations may all be reduced to the one primal source.

It is the figure unlocking the cycles of the ancients, and as composed of 3 times 3 indicates action on all three planes. As composed of 4 of, plus 5 it represents man realizing all earth can teach, and thus is the number of wisdom. As consisting of 7 and 2 it adds polarity, intuition and wisdom, to the union of man and woman, giving knowledge of good and evil, or wisdom gained through union. As 8 and 1 it is death, mortality and stagnation overcome by will and intelligence; hence new action, life's immortality.

<u>Astrology</u> — The zodiacal sign of the Sun, Leo, is represented by the symbol of a serpent. This serpent, natural ruler of the fifth house of a birth-chart, and thus of pleasures and love-affairs, is the symbol of desire.

And while the man of the zodiac, Aquarius, is represented commonly by the two wavy lines representing water from the urn, these wavy lines were also depicted in ancient times as two serpents, or two desires, one traveling in either direction. Desires thus kept in equilibrium through knowledge gained in experience with good and evil are true wisdom. Hence the serpent is sometimes referred to as the tempter and sometimes as the essence of wisdom. Math. 10:16; "Be ye therefore wise as serpents and harmless as doves": This is a clear statement of the import Arcanum IX. The love nature is signified by doves, which are sacred to Venus; and the power of Aquarius to properly direct the love nature is indicted by the reference to wisdom. Aquarius astrologically represent the highest form of intelligence, expressing progressively in scientific and occult interests, such as are depicted in the Arcanum of the Sage.

Bible:—"For God doth know that in the day ye eat thereof, then your eyes shall be opened; and ye shall be as gods, knowing good and evil." (Gen. 3:4).

Also were verified: Gen. 3:7; "And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons":

Gen. 3:22; " And the Lord God said, behold, the man is become as one of us, to know good and evil."

LIFE, Light And Love



6-18-15

NOTE: I put A Copy inside
Asking The CLERK Will You TURN
Copy To me by Allowing ME TO
Know That The MOTION be GRANT
OR denied. I will be GREATFUl
FOR YOUR Help.



CAUSE NO. C-396-010469-1052599-D
CAUSE NO. C-396-010470-1051766-D
CAUSE NO. C-396-010471-1052064-D

FREDERICK DEWAYNE MALONE §   IN THE COURT OF
VS.                     §   CRIMINAL APPEALS
THE STATE OF TEXAS      §    OF TEXAS
                        §
                        §

MOTION FOR LEAVE TO PROCEED WITH ORIGINAL
APPLICATION FOR A WRIT OF MANDAMUS ORDER-
ING

TO THE HONORABLE COURT OF CRIMINAL APPEALS
OF TEXAS:

COMES NOW, FREDERICK DEWAYNE MALONE, APPLICANT
IN THE ABOVED AND STYLED CAUSE, RESPECTFULLY PRE-
SENT THIS MOTION FOR LEAVE TO PROCEED WITH ORI-
GINAL APPLICATION FOR A WRIT OF MANDAMUS
ORDERING AND WILL SHOW THE COURT THE FOLLOW-
ING:

1). APPLICANT HAS PROVEN TO THE COURT THAT
HE IS INDIGENT, AND HE HAS NO OTHER SOU-
RCE OF LAW EXCEPT THE COURT GRANT HIS
MOTION FOR LEAVE TO PROCEED WITH ORIGINAL
APPLICATION FOR SEEK WRIT OF MANDAMUS ORDER-
ING.

-i-

## Liberal Construed

This is an original mandamus proceeding. Relator, an inmate in the Texas Department of Criminal Justice - institutional division, seek a writ of mandamus ordering Respondent to appoint an attorney to represent him in his motion. See Thomas Nevell V. Thomas R. Culver, 105 S.W.3d 641,42 (TEX. Crim. App. 2003)

## Prayer

Wherefore, Premises Considered, Applicant pray that this ~~class~~ Honorable Court Grant this motion for Leave to Proceed, with original Application for Seek a Writ of Mandamus ordering And Allow Him to Proceed with his Application for Writ of Mandamus.

Respectfully Submitted
Frederick W. Malone

NAME: FREDERICK DEWAYNE MALONE
PRO-SE
EXECUTED ON this 18 day of June 2015.

## Certificate of Service

The Applicant hereby certifies that a true and correct copy has been mailed to the office of the clerk Abel Acosta for Court of Criminal Appeals of Texas P.O. Box 12308 Austin, Texas 78711

-2-

Respectfully Submitted

_Frederick D. Malone_

FREDERICK DEWAYNE MALONE
#1533349
STILES UNIT
3060 FM 3514
BEAUMONT TEXAS
77705

## NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

### Unsworn Declaration

I, Offender **FREderick D. MAlowe**, TDCJ Number **1533349** am presently incarcerated at the **Mark W. Stiles Unit** of the Texas Department of Criminal Justice in **Jefferson County, Texas** declare under penalty of perjury that the above is true and correct.

Signed on the **18** day of **JuNE**, 20 **15**.

**FREderick D. MAlowe**
Printed Name

**_[signature]_**
Signature

Unsworn Declaration

CAUSE No. C-396-010469-1052599-D
CAUSE No. C-396-010470-1051766-D
CAUSE No. C-396-010471-1052064-D

FREDERICK DEWAYNE MALONE § IN THE COURT OF
VS, § CRIMINAL APPEALS
The STATE OF TEXAS § OF TEXAS
§
§

## ORDER

Come before me this the ___ day of_____,
2015.
Applicant's motion for leave to Proceed with
Original Application for ~~Seek~~ Seek A Writ
of Mandamus ordering, And, After, A Care-
Ful Review of This motion, The Ruling of
This Court is to:

_____ GRANT

_____ DENY

EXECUTED ON This the ___ day of_____
2015.

_____
Presiding Judge

-4-

CAUSE NO. C-396-~~010469~~-1052599-D
CAUSE NO. C-396-010470-1051766-D
CAUSE NO. C-396-010471-1052064-D

| | |
|---|---|
| FREDERICK DEWAYNE MALONE | § IN THE COURT OF |
| VS. | § CRIMINAL APPEALS |
| THE STATE OF TEXAS | § OF TEXAS |
| | § |
| | § |

MOTION FOR LEAVE TO PROCEED WITH ORIGINAL APPLICATION FOR A WRIT OF MANDAMUS ORDER-ING

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes Now, FREDERICK DEWAYNE MALONE, APPLICANT IN THE ABOVE AND STYLED CAUSE, RESPECTFULLY PRESENT THIS MOTION FOR LEAVE TO PROCEED WITH ORIGINAL APPLICATION FOR A WRIT OF MANDAMUS ORDERING AND WILL SHOW THE COURT THE FOLLOW-ING:

1). APPLICANT HAS PROVEN TO THE COURT THAT HE IS INDIGENT, AND HE HAS NO OTHER SOURCE OF LAW EXCEPT THE COURT GRANT HIS MOTION FOR LEAVE TO PROCEED WITH ORIGINAL APPLICATION FOR A WRIT OF MANDAMUS ORDER-ING.

-1-

## Liberal Construed

This is an original mandamus proceeding. Relator, an inmate in the Texas Department of Criminal Justice - institutional division, seek a writ of mandamus ordering respondent to appoint an attorney to represent him in his motion. See Thomas Newell v. Thomas R. Culver, 105 S.W.3d 641,42 (Tex. Crim. App. 2003)

## Prayer

Wherefore, Premises considered, Applicant pray that this Honorable Court grant this motion for leave to proceed with original application for seek a writ of mandamus ordering and allow him to proceed with his application for writ of mandamus.

Respectfully Submitted

Frederick W. Malone

NAME: FREDERICK DEWAYNE MALONE
PRO-SE
EXECUTED ON THIS 18 day of June 2015.

## Certificate of Service

The Applicant hereby certifies that a true and correct copy has been mailed to the office of the Clerk Abel Acosta ————— for Court of Criminal Appeals of Texas P.O. Box 12308 Austin, Texas 78711

-2-

Respectfully Submitted

Frederick W. Malone

FREDERICK DEWAYNE MALONE
#1533349
STILES UNIT
3060 FM 3514
BEAUMONT TEXAS
77705

CAUSE NO. C-396-010469-1052599-D
CAUSE NO. C-396-010470-1051766-D
CAUSE NO. C-396-010471-1052064-D

FREDERICK DEWAYNE MALONE § IN THE COURT OF
VS. § CRIMINAL APPEALS
THE STATE OF TEXAS § OF TEXAS
§
§
§

## ORDER

Come before me this the ___ day of ___, 2015 Applicant's MOTION FOR LEAVE TO PROCEED WITH ORIGINAL APPLICATION FOR SEEK A WRIT OF MANDAMUS ORDERING, AND AFTER A CAREFUL REVIEW OF THIS MOTION, THE RULING OF THIS COURT IS TO:

_____ GRANT

_____ DENY

EXECUTED ON THIS THE ___ day of ___ 2015.

_____
PRESIDING JUDGE

-4-